DANE W. EXNOWSKI, #281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-661-5060
Fax: 562-983-5365
BK.CA@mccalla.com

Attorneys for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Eduardo Ablan Jacinto,<br><br>Debtor. | Bankruptcy Case No. 1:18-bk-10642-VK<br><br>Chapter 11<br><br>**STIPULATION RE: CHAPTER 11 PLAN TREATMENT**<br><br>Confirmation Hearing:<br>Date:  tbd<br>Time:  tbd<br>Place: Ctrm 301 |

TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR AND DEBTOR-IN-POSSESSION, COUNSEL FOR DEBTOR-IN-POSSESSION, AND ANY OTHER INTERESTED PARTIES:

Wells Fargo Bank, N.A. ("Secured Creditor") and Eduardo Ablan Jacinto, Debtor and Debtor-in Possession, ("Debtor") by and through their respective attorneys of record, hereby stipulate as follows:

IT IS HEREBY STIPULATED:

1. Secured Creditor holds a note dated 8/16/2006 made by Erlinda Jacinto and Eduardo Jacinto in the original principal amount of $430,000 that is secured by a first priority deed of trust on the real property commonly described as 17342 Stagg Street, Northridge, CA 91325-4531 (the "Property"), document recording number 06 0690089. The foregoing note and deed of trust were modified by

1. agreement dated 6/05/2009.

2. With respect to the above mentioned note and deed of trust, Secured Creditor filed its secured proof of claim as claim number 2-1 in the amount of $517,018.42 as of the date of the petition (the "Claim").

3. The parties hereto agree that Secured Creditor's Claim shall be modified as follows: Secured Creditor shall have a secured claim against the Property in the amount of $536,053.44 (the "Secured Claim"). The Secured Claim of $536,053.44 shall be paid as follows: **(a)** <u>the Debtor shall make a one-time principal reduction payment of $12,000 to be made on or by November 30, 2018</u>; **(b)** the Secured Claim's remaining balance of **$524,053.44** shall be amortized over 360 months at a fixed rate of interest at 5.5% per annum via equal monthly principal and interest payments in the amount of $2,975.52 each ("Amortizing Payments"). Debtor shall commence the monthly Amortizing Payments to Secured Creditor on December 1, 2018 and shall continue thereafter on the first of each month in accordance with the terms herein for 360 months. The maturity date is November 1, 2048 and maturity, including the effect thereof, otherwise remains governed by the subject note and security instrument. The foregoing Amortizing Payments must be received within any grace period as provided by the note and any effect of late payment is governed by the subject note and security instrument.

4. <u>Property Taxes and Insurance.</u> The Claim shall remain escrowed for payment of property taxes and insurance and the note and/or deed of trust provisions governing the same shall remain in full force and effect. The amount of escrow is subject to change and shall be in addition to the payments described in section 3, above.

5. <u>Default:</u> Secured Creditor may provide Debtor notice of any default related to the Stipulation or otherwise under the subject note or security instrument in accordance with the Note and Deed of Trust, and applicable state law, and/or proceed with all its remedies under the terms of the Note and Deed of Trust, and applicable state and federal law, including but not limited to foreclosure of the subject property, without further notice, order, or proceeding of this Court; the stay of 11 U.S.C. § 362(a) shall be terminated in its entirety as to Secured Creditor and the Property upon confirmation of Debtor's plan.

6. Except as otherwise expressly provided herein, all remaining terms of the subject note and deed of trust shall govern the treatment of Secured Creditor's Secured Claim and shall remain unchanged and

unmodified.

7. At the request of Secured Creditor, the Debtor shall execute such documents and instruments as are necessary with respect to this stipulation.

8. The terms of this Stipulation may not be modified, altered, or changed by the Debtor's Chapter 11 Plan, any confirmation order thereon, any subsequently filed Amended Chapter 11 Plan and confirmation order thereon without Secured Creditor's express written consent. The terms of this stipulation shall be incorporated into the Debtor's Chapter 11 Plan and/or any subsequently filed Amended Chapter 11 Plan. In the event of a conflict between a provision of this Stipulation and any provision of Debtor's Chapter 11 Plan or any amendments of modifications thereto, the terms of this Stipulation shall control. To the extent necessary, the terms of this stipulation shall be automatically incorporated into any plan or amended plan.

9. This stipulation is contingent upon Debtor obtaining confirmation of a chapter 11 plan. Should the Debtor fail to obtain confirmation of a chapter 11 plan and the case be dismissed or closed without confirmation, then the terms of this stipulation shall automatically be rescinded and void ab initio.

10. In the event the case is dismissed or converted after confirmation, the terms of the stipulation shall be deemed rescinded and void ab initio notwithstanding confirmation of any plan.

**SO STIPULATED:**

Dated: 09/28/2018                                                    Dated: 9/28/18

_____                              _____
Onyinye N. Anyama                                                Dane W. Exnowski
Attorney for Debtor and Debtor-Possession        Attorney for Secured Creditor

STIPULATION RE: CH 11 PLAN TREATMENT                    3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**301 E. Ocean Blvd., Suite 1720**
**Long Beach, CA 90802**

A true and correct copy of the foregoing document entitled: **STIPULATION RE: CHAPTER 11 PLAN TREATMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/1/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*U.S. Trustee*
ustpregion16.wh.ecf@usdoj.gov

*Debtor's Attorney*
**Onyinye N Anyama**
onyi@anyamalaw.com

☐    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On (*date*) **10/1/2018**, I served the following persons and or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*U.S. Bankruptcy Court Judge*
**Honorable Victoria S. Kaufman**
21041 Burbank Boulevard,
Suite 354
Woodland Hills, CA 91367

*Debtor*
**Eduardo Ablan Jacinto**
15927 Index St
Granada Hills, CA 91344

*Borrower*
**Eduardo Ablan Jacinto**
17342 Stagg St
Northridge, CA 91325

*Co-Borrower*
**Erlinda Jacinto**
17342 Stagg St
Northridge, CA 91325

*Unsecured Creditor*
**Credit One Bank NA**
PO Box 98875
Las Vegas, NV, 89193

*Unsecured Creditor*
**Credit One Bank NA**
Attn: Robert DeJong, CEO
585 Pilot Road
Las Vegas, Nevada, 89119

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/1/2018 | Irene Saucedo | /s/Irene Saucedo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

NtcLdgmt_CA001                                                                                                                                            7879-N-5000
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**